No. 26-3076

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHICAGO CUBS BASEBALL, LLC | ) |
| | ) |
| | ) |
| Plaintiff-Appellee, | ) Appellate Case No. 26-3076 |
| | ) |
| v. | ) |
| | ) On Appeal from the United |
| | ) State District Court for the |
| | ) Northern District of Illinois, |
| AIDAN DUNICAN and ROOFTOP BY THE | ) |
| FIRE HOUSE, INC., | ) Case No. 24-cv-05086 |
| | ) |
| | ) Honorable Sharon Johnson Coleman |
| | ) |
| Defendants-Appellants. | ) |

# NOTICE RE DOCKET ENTRY 2 RE SEPARATE INJUNCTION ORDER

Counsel for Defendants-Appellants
Matthew De Preter
cdepreter@agdglaw.com
Gary Hollander
ghollander@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
225 W. Washington, Suite 2800
Chicago, Illinois 60606
p: (312) 828-9600
f: (312) 828-9635

On October 13, 2026, the Court of Appeals entered an Order stating "A preliminary review of the short record suggests that the district court granted an injunction but has not complied with Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure…" and requesting the parties to advise whether they would request that the district court enter such an order. Dkt. 2

Appellants advise this Court that they will request that the district court enter a separate injunction order under Rule 65(d)(1)(C).

Respectfully Submitted,

AIDAN DUNICAN and ROOFTOP BY THE FIRE HOUSE, INC

By: /s/ Matthew De Preter
One of their attorneys

Counsel for Defendants-Appellants
Matthew De Preter
cdepreter@agdglaw.com
Gary Hollander
ghollander@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
225 W. Washington, Suite 2800
Chicago, Illinois 60606
p: (312) 828-9600
f: (312) 828-9635

**CERTIFICATE OF SERVICE**

I, counsel for Plaintiff-Appellee and a member of the Bar of this Court, certify that, on October 16, 2026, a copy of the foregoing was filed electronically. Service of the foregoing will be made on all ECF-registered parties by operation of the court's electronic filing system thereby effecting service on the parties who are registered for electronic filing under Cir. R. 25. Parties may access this filing through the court's system.

/s/ Matthew De Preter

Counsel for Defendants-Appellants
Matthew De Preter
cdepreter@agdglaw.com
Gary Hollander
ghollander@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
225 W. Washington, Suite 2800
Chicago, Illinois 60606
p: (312) 828-9600
f: (312) 828-9635