# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 25, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-3076 & 26-3444 | CHICAGO CUBS BASEBALL CLUB, LLC,<br>Plaintiff - Appellee<br><br>v.<br><br>AIDAN DUNICAN and ROOFTOP BY THE FIREHOUSE, INC. d/b/a WRIGLEY VIEW ROOFTOP,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-05086<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

The court, on its own motion, orders that these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file their brief and required short appendix on or before January 4, 2027.

2. The appellee shall file its brief on or before February 3, 2027.

3. The appellants shall file a reply brief, if any, on or before February 24, 2027.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)